HAYNES AND BOONE, LLP
Gabriel Levinson (Attorney ID 023581998)
Joseph Lawlor (*Pro Hac Vice*)
Justin R. Bonanno (*Pro Hac Vice*)
Brian P. Matthews (Attorney ID 902232012)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
Telephone: (212) 835-4824

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JULIUS REALTY CORPORATION, a New Jersey corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAWN E. THOMPSON, an individual,<br><br>Defendant. | Case No.: 1:20-cv-04575-ESK-JBD<br><br>**DAWN E. THOMPSON'S NOTICE OF MOTION FOR INTERIM RELIEF** |
| DAWN E. THOMPSON, individually and as trustee of the Dawn Thompson Trust, and DAWN THOMPSON TRUST,<br><br>Third-Party Plaintiffs,<br><br>-against-<br><br>U.S. EAGLE CORPORATION, JAMES J. WESTPHAL, JR., SCOTT K. WESTPHAL, and NORRIS McLAUGHLIN, P.A.,<br><br>Third-Party Defendants. | **Return Date: March 19, 2025**<br>**Oral Argument Requested** |

**PLEASE TAKE NOTICE** that on March 19, 2025, or on another date to be

set by the Court, Defendant Dawn E. Thompson ("Thompson"), by and through her counsel, Haynes and Boone, LLP, will move before the Honorable J. Brendan Day, U.S.M.J., in Courtroom 7E at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 State Street, Trenton, New Jersey 08608, for an Order: (1) directing the Special Fiscal Agent Allen Wilen (the "SFA") to make an interim, provisional distribution of $500,000 (the "Proposed Distribution") to U.S. Eagle Corporation's ("USE") shareholders *pro rata* from the $2.5 million the SFA is holding in escrow (the "Escrowed Funds"); and (2) directing the SFA to immediately comply with the parties' Consent Order Directing Payment of Specified Funds From Account Controlled By Special Fiscal Agent, entered by this Court on June 11, 2024 (*see* Doc. No. 76) (the "Payment Order") by immediately paying $55,858.00 to the IRS to satisfy the IRS tax levy against Thompson, with the balance of any overpayment distributed to Thompson.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Thompson will rely upon the memorandum of law, with exhibits annexed thereto, submitted herewith. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's Order, the opposition to the motion must be filed by no later than March 7, 2025.

**PLEASE TAKE FURTHER NOTICE** that Magistrate Judge J. Brendan Day has scheduled a video conference to address this motion for March 19, 2025 at

10:00 a.m.

Dated: February 27, 2025

                                      **HAYNES AND BOONE, LLP**

By: _____
Gabriel Levinson
Joseph Lawlor (*Pro Hac Vice*)
Justin R. Bonanno (*Pro Hac Vice*)
Brian P. Matthews
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
Gabriel.Levinson@haynesboone.com
Joseph.Lawlor@hayensboone.com
Justin.Bonanno@haynesboone.com
Brian.Matthews@haynesboone.com
*Attorneys for Defendant/Third-Party Plaintiff, Dawn E. Thompson*

3